IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RODNEY JEROME MILES, | * |
| Plaintiff, | Case No. 5:24-cv-00448-TES-CHW |
| v. | * |
| JACKSON et al, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated 3/26/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk